IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GINA STEPHENSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Appellant,

v.

CASE NO. 1D14-209

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and DIOCESE
OF PENSACOLA-
TALLAHASSEE,

   Appellees.

_____/

Opinion filed October 3, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Gina Stephenson, pro se, Appellant.

Norman A. Blessing, General Counsel, and Amanda L. Neff, Executive Senior Attorney, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

  AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.